AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

BART E. HALEY,

      Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:10-CV-00046-LRH-RAM**

ELEGEN HOME LENDING, LP; et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendant's motion to dismiss (#5) is GRANTED. The complaint is DISMISSED as to all defendants.
    **IT IS FURTHER ORDERED** that defendant's motion to expunge lis pendens (#6) is GRANTED.

   March 16, 2010                                     **LANCE S. WILSON**
                                                                        Clerk

                                                                     /s/ D. R. Morgan
                                                                     Deputy Clerk